# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3376EA

_____

| | | |
|---|---|---|
| Thuworn Shields, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Marvin Evans, Mr., Warden, East | * | |
| Arkansas Regional Unit, Arkansas | * | |
| Department of Correction, originally | * | |
| sued as Evans; John Lowe, Mr., | * | |
| Assistant Warden, East Arkansas | * | |
| Regional Unit, Arkansas Department of | * | |
| Correction, originally sued as Lowe; | * | |
| Clarence Kelley, Chief of Security, | * | On Appeal from the United |
| East Arkansas Regional Unit, Arkansas | * | States District Court |
| Department of Correction, originally | * | for the Eastern District |
| sued as Kelly; Tony Barnes, Mr., | * | of Arkansas. |
| Captain, East Arkansas Regional Unit, | * | |
| Arkansas Department of Correction, | * | [Not To Be Published] |
| originally sued as Barnes; McGee | * | |
| Frederick, Captain, East Arkansas | * | |
| Regional Unit, Arkansas Department of | * | |
| Correction, originally sued as McCree; | * | |
| Billy Taylor, Mr., Lt., East Arkansas | * | |
| Regional Unit, Arkansas Department of | * | |
| Correction, originally sued as Taylor; | * | |
| Cassandra Hopkins, Ms., Classification | * | |
| Office, East Arkansas Regional Unit, | * | |
| Arkansas Department of Correction, | * | |
| originally sued as Hopkins, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 4, 2001

Filed: June 14, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Thuworn Shields appeals the District Court's[1] adverse judgment in his 42 U.S.C. § 1983 action following a bench trial. Based on the record before us, we conclude that, for the reasons the District Court carefully explained in its opinion, the Court did not err in holding that Shields's claims failed under Sandin v. Conner, 515 U.S. 472, 484 (1995). See Kennedy v. Blankenship, 100 F.3d 640, 642-43 & n.2 (8th Cir. 1996).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(b).